IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDA JOHNSON IWUALA a/k/a LINDA CHUN, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:25-cv-1404-X-BN |
| COUNTRY WIDE FINANCIAL, ET AL., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 29th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE